Beverly E. SMITH, Beverly Bob Productions LLC, and The Men's Rights Foundation, Plaintiffs–Appellants,

v.

Mary B. WAGNER, Pavlick Law Offices, Melissa T. Pavlick, Marie C. Smith, Commonwealth of PA, and Verizon Wireless Network Solutions, Defendants–Appellees.

No. 2008–1519.

United States Court of Appeals, Federal Circuit.

Feb. 25, 2009.

*ORDER*

Beverly E. Smith et al. have not responded to the court's September 2, 2008 order directing them to show cause why this appeal should not be dismissed.

Upon consideration thereof,

IT IS ORDERED THAT:

The appeal is dismissed.